

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2021

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

On May 11, 2021, we granted Appellant's unopposed sixth motion for a thirty-day extension of time to file the brief, and we ordered Appellant to file his brief by June 14, 2021. Before the due date, Appellant filed an unopposed seventh motion for an extension of time to file the brief until July 14, 2021.

Appellant's notice of appeal was filed in this court on May 20, 2020. Appellant has had more than one year to secure appellate counsel and file his brief. Because of COVID-19 and Appellant's unusual circumstances, this court has granted six previous extensions of time to file the brief. However, **no further extensions of time to file Appellant's brief will be granted.**

We ORDER Appellant to file his brief not later than July 14, 2021.

We warn Appellant that if he fails to file his brief as ordered, **this court may dismiss this appeal without further notice**. *See* TEX. R. APP. P. 42.3(b), (c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2021.



Michael A. Cruz,
Clerk of Court